DEBBIE KAMINER, Appellant, v AARON WEXLER et al., Respondents.

Submitted July 2, 2007; decided October 23, 2007

Reported below, 40 AD3d 405.

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed the appeal from Supreme Court's order denying reargument, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of DAVID KIRMAYER, Appellant, v STATE OF NEW YORK CIVIL SERVICE COMMISSION et al., Respondents.

Submitted October 15, 2007; decided October 23, 2007

Reported below, 42 AD3d 848.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

CORY MCKIBBIN, Appellant, v SUSAN JENKIN, as Preliminary Executor of the Estate of LINDA MCKIBBIN, Deceased, Respondent.

Submitted July 23, 2007; decided October 23, 2007

Reported below, 41 AD3d 795.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.